In the Matter of the Objections of JOHN P. BRADY, Respondent, to the Nominating Petition Filed with the Board of Elections of the City of New York Purporting to Nominate PAUL SIEGAL, Appellant, as a Nominee for the Office of Assemblyman, Fourth Assembly District, County of Queens, State of New York, for the Election to Be Held on November 5, 1935.— Order declaring invalid the nominating petition of Paul Siegal, as nominee for the office of Assemblyman, fourth Assembly district, county of Queens, under the Fusion party emblem, and restraining the board of elections from printing his name for use on the voting machines or in any way giving effect to his petition affirmed, without costs. The court is of the opinion that subdivision 1 of section 330 of the Election Law is not applicable to cases of contested nominations; it is applicable merely to primary designations. And the court is further of the opinion that the twelve-day provision of subdivision 2 of section 330 is directory and not mandatory. (*Matter of Hennessy*, 164 N. Y. 393; *Matter of Stoddard*, 158 App. Div. 525; *Matter of Greenwald* v. *Boyle*, 179 id. 672; *Fallon* v. *Hattemer*, 229 id. 397.) Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Application of PARKER HAESLOOP, Respondent, a Registered Voter of the County of Suffolk, for an Order Directing SYLVESTER HALLOCK and Others, as Inspectors of Election for the Thirty-fifth Election District in the Town of Brookhaven, Appellants, to Reconvene on Saturday, October Twenty-sixth, for the Purpose of Striking Off Certain Names from the Register, and Others, Appellants.— Order of the County Court of Suffolk county granting motion to direct the inspectors of the board of elections of the thirty-fifth election district, town of Brookhaven, Suffolk county, to reconvene for the purpose of striking certain names from the registration books and records reversed on the law and the facts and motion denied, without costs, on authority of *Matter of Penney* (*post*, p. 562), decided herewith. Hagarty, Carswell and Johnston, JJ., concur; Lazansky, P. J., concurs upon the ground that a registrant may not be deprived of his right to vote without notice to strike his name from the registry of voters. (*Matter of 4th Elec. Dist. of 3d Ward, Albany*, 239 App. Div. 135.) Davis, J., not voting.